IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER E. COVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 1219 |
| v. | ) |
| | ) Honorable Elaine E. Bucklo |
| DEUTSCHE BANK AG; DEUTSCHE | ) |
| BANK SECURITIES, INC., d/b/a | ) |
| DEUTSCHE BANK ALEX. BROWN, | ) |
| PRESIDIO ADVISORS, L.L.C., and | ) |
| PRESIDIO ADVISORY SERVICES, INC., | ) |
| | ) |
| Defendants. | |

### AGREED ORDER

The parties, by and through their respective counsel, hereby stipulate and agree that this action be dismissed with prejudice and without costs or fees to any party, all matters in controversy between them having been settled pursuant to a written settlement agreement dated May 5, 2008.

Dated: June 5, 2008

ROGER E. COVEY

By: _____
His Attorney

DEUTSCHE BANK SECURITIES INC.,
AND DEUTSCHE BANK AG

By: _____
Its Attorney

PRESIDIO ADVISORS, L.L.C.
AND PRESIDIO ADVISORY SERVICES, INC.

By: _____
Its Attorney

Pursuant to the foregoing stipulation, this action is hereby dismissed, with prejudice and without fees and costs to any party. The previously-set status hearing date of July 1, 2008, at 9:30 a.m. is hereby stricken.

Dated: 6/5/08

ENTERED:

_____
Elaine E. Bucklo

2